**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael S. ESHLEMAN, Defendant— Appellant.**

**No. 03–10559.**
**D.C. No. CR–02–00532–SOM/KSC.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Taralynn M. Olayvar, Office of the US Attorney, Honolulu, HI, for Plaintiff–Appellee.

Arthur E. Ross, Honolulu, HI, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

## MEMORANDUM**

Michael S. Eshleman appeals his bench trial conviction and sentence for assault, in violation of 18 U.S.C. § 113(a)(5).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Eshleman has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Eshleman has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.